### 36640. NICHOLS v. FAIRCLOTH.

CARLISLE, J. This is an election contest case filed by W. E. Nichols, plaintiff in error, to the results of a general election held for the office of Sheriff of Randolph County, Georgia, and he brings by writ of error to this court his complaint as to the results of a contest which he brought against the successful candidate, T. E. Faircloth, complaining of the disposition of the contest. The writ of error must be dismissed, as a contest of an election for sheriff in a general election is a political matter of which the appellate courts can take no cognizance on appeal, nor is it a judicial matter of which the appellate courts may by statute have jurisdiction. See in this connection Code § 34-2801, et seq.; *Carter v. Janes,* 96 *Ga.* 280, 23 S. E. 201; *Robertson v. Easley,* 20 *Ga. App.* 258, 92 S. E. 1027; *Brockett v. Maxwell,* 73 *Ga. App.* 663, 38 S. E. 2d 176; *Harris v. Sheffield,* 128 *Ga.* 299, 57 S. E. 305; *Harris v. Glenn,* 141 *Ga.* 687, 81 S. E. 1103; *Davis v. Forrester,* 188 *Ga.* 73, 2 S. E. 2d 601; *Gas-Light Co. of Augusta v. West,* 78 *Ga.* 318; *Steinheimer v. Jones,* 114 *Ga.* 349, 40 S. E. 241; *Banigan v. Nelms,* 106 *Ga.* 441, 32 S. E. 337; *Albea v. Watts,* 114 *Ga.* 149, 39 S. E. 940; *Chandler v. Barefield,* 178 *Ga.* 265, 172 S. E. 919; *Johnson v. Jackson,* 99 *Ga.* 389, 27 S. E. 734.

*Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED APRIL 25, 1957.

*Hatcher, Smith & Stubbs, J. Madden Hatcher,* for plaintiff in error.

*Joe M. Ray, Walter E. Taylor, Jr.,* contra.